ACCEPTED
03-13-00084-CV
3803232
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/16/2015 3:43:49 PM
JEFFREY D. KYLE
CLERK

No. 03-13-00084-CV

IN THE
COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/16/2015 3:43:49 PM
JEFFREY D. KYLE
Clerk

Exelon Wind, LLC,
Appellant,

v.

Public Utility Commission of Texas,
Appellee.

On Appeal from the 261st District Court
Travis County, Texas
The Honorable Rhonda Hurley Presiding

## UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

THOMAS K. ANSON
STATE BAR NO. 01268200
JUDITH R. BLAKEWAY
STATE BAR NO. 02434400
J. DEREK QUICK
STATE BAR NO. 24072471
STRASBURGER & PRICE, LLP
720 BRAZOS ST., SUITE 700
AUSTIN, TEXAS 78701
TELEPHONE:   (512) 499-3608
FACSIMILE:   (512) 536-5718
Tom.Anson@strasburger.com

**ATTORNEYS FOR APPELLANTS**

1

## UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, Appellant Exelon Wind LLC hereby moves to voluntarily dismiss the appeal in the above-styled cause.

Appellant has conferred with opposing counsel, and this motion for voluntary dismissal is unopposed.

Respectfully submitted,

/s/ *Thomas K. Anson*
Thomas K. Anson
State Bar No. 01268200
E-mail: Tom.Anson@Strasburger.com
Judith R. Blakeway
State Bar No. 02434400
E-mail: Judith.Blakeway@Strasburger.com
J. Derek Quick
State Bar No. 24072471
Email : Derek.Quick@Strasburger.com
STRASBURGER & PRICE, LLP
720 Brazos St., Suite 700
Austin, Texas 78701
Telephone: (512) 499-3608
Facsimile: (512) 536-5718

**ATTORNEYS FOR APPELLANT**

1602624.1/SPA/23787/0103/011515

## CERTIFICATE OF SERVICE

Pursuant to E-Filing Standing Order, I certify that on January 16, 2015, I electronically filed the foregoing with the Clerk of Court using the CaseFileXpress electronic filing system which will send notification of such filing to the following:

John R. Hulme
Assistant Attorney General
Texas State Bar No. 10258400
Environmental Protection Division
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-4229
Facsimile: (512) 320-0911
John.Hulme@texasattorneygeneral.gov

*Attorneys for The Commissioners of Public Utility Commission of Texas*

Stephen Fogel
XCEL ENERGY SERVICES INC.
816 North Congress Avenue, Suite 1650
Austin, Texas 78701-2471
Telephone: (512) 478-7267
Facsimile: (512) 478-9232
stephen.e.fogel@xcelenergy.com

Ron H. Moss
WINSTEAD
401 Congress Avenue, Suite 2100
Austin, Texas 78701
Telephone: (512) 370-2800
Facsimile: (512) 370-2850
rhmoss@winstead.com

*Attorneys for Southwestern Public Service Company*

Mike Stenglein
Brad Thompson
Amina S. Dammann
KING & SPALDING LLP
401 Congress Avenue
Suite 3200
Austin, Texas 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100
mstenglein@kslaw.com
bthompson@kslaw.com
adammann@kslaw.com

*Attorneys for Occidental Permian Ltd.*

/s/ *Thomas K. Anson*
Thomas K. Anson

3

1602624.1/SPA/23787/0103/011515